STANLEY J. FOSTER, M.D., P.C., ET AL.
*v.* SALLY G. DELMAN
(AC 33371)

Robinson, Bear and Keller, Js.

Argued April 15—officially released July 30, 2013

Per Curiam. The judgment is affirmed.